**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lopez G. Newhall,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>　　　　　Defendants. | No. CIV 06-0077-PCT-EHC (DKD)<br><br>**ORDER** |

Upon motion duly made and for good cause appearing,

IT IS HEREBY ORDERED granting Respondents' Second Motion for Extension of Time to File Answer to Petition for Writ of Habeas Corpus (Doc. #10). Respondents have up to and including June 5, 2006, to file an answer to the Petition for Writ of Habeas Corpus.

DATED this 2nd day of May, 2006.

David K. Duncan
United States Magistrate Judge