1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                           FOR THE DISTRICT OF ARIZONA

8

9    Lopez G. Newhall,                        )
10                                            )
                    Petitioner,               )   CIV 06-0077-PCT-EHC (DKD)
11                                            )
12   vs.                                      )      **O R D E R**
                                              )
13   Dora Schriro and the Attorney General    )
     for the State of Arizona,                )
14                                            )
15                                            )
                                              )
16                  Respondents.              )
17   _____     )

18

19       On January 6, 2006, Petitioner filed a Petition for Writ of Habeas Corpus pursuant

20   to 28 U.S.C. § 2254 with exhibits. (Dkt. 1).  An Answer/Response with Exhibits was

21   filed June 5, 2006.  (Dkt. 12).  Petitioner filed a Reply. (Dkt. 15). Magistrate Judge David

22
     K. Duncan issued a Report and Recommendation February 2, 2007. (Dkt. 16). Petitioner
23

24   filed an Objection to the Report and Recommendation including a request for an

25   Evidentiary Hearing. (Dkt. 17).

26   \\

27   \\

28   \\

1

2

3

4
### STANDARD OF REVIEW

A district court judge reviews *de novo* the Report and Recommendation of a

Magistrate Judge.  *See* 28 U.S.C. § 636(b)(1)(C).

5
### DISCUSSION

6

7

8

9

10

11

12
Attached to Petitioner's "Objection to 'Report and Recommendation'" is a letter to

Petitioner, dated August 28, 2006, from Attorney David I. Goldberg (Goldberg) who

represented Petitioner in the state habeas proceeding, together with an Affidavit

concerning a conversation Goldberg had with Petitioner's trial counsel David Martin. The

Affidavit reports in substance, that Martin "...did not likely send him a letter regarding the

last offer or discuss it with him in person."

13

14

15

16
Petitioner has not denied that he received the fourth offer from Martin.  His complaint

is that counsel arguably did not urge him to take the fourth offer and if he had done so,

Petitioner would have accepted the offer.

17

18

19
This Court agrees with the Magistrate Judge's conclusion that "such self-serving

speculation is an insufficient basis for a claim of prejudice."

20

21

22

23
The Court having reviewed the record *de novo*, including the Objection filed by

Petitioner, adopts in full the Report and Recommendation of the Magistrate Judge and

incorporates the same as a part of this Order.

24
Accordingly,

25

26
**IT IS ORDERED** denying Petitioner's Objection to the Report and Recommendation

and Request for Evidentiary Hearing. (Dkts. 15 & 17).

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS FURTHER ORDERED** adopting  the Report and Recommendation of the

Magistrate Judge. (Dkt. 16).

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus.

(Dkt. 1).

DATED this 9th day of March, 2007.


_____

Earl H. Carroll
United States District Judge